UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHANNON T. BOYLE,

    Plaintiff,

v.

IRON COUNTY FRIEND OF THE COURT, et al.,

    Defendants.
_____/

Case No. 2:25-cv-162

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 14) on November 25, 2025, recommending that the Court dismiss this case for lack of subject matter jurisdiction. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 14) is APPROVED and ADOPTED as the Opinion of the Court, and this matter is DISMISSED for lack of subject matter jurisdiction.

A Judgment will be entered consistent with this Order.

Dated: December 18, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge